| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2003** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>CONRAD, GLEN E | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>5/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 320<br><br>P O BOX 2822<br><br>ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

*I. POSITIONS.*  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ *NONE* - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

*II. AGREEMENTS.*  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ *NONE* - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 11 40 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ *NONE* - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ *NONE* - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ *NONE* - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ *NONE*  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ *NONE*  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Electric P ower | B | Dividend | K | T | | | | | |
| 2. Conoco Corp. CS | A | Dividend | K | T | | | | | |
| 3. Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 4. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 5. House Lots Pulaski Co., VA | | None | M | Q | | | | | |
| 6. Suntrust Banks, Inc. CS | C | Dividend | M | T | | | | | |
| 7. CSX Corp CS | A | Dividend | J | T | | | | | |
| 8. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 9. St. Paul's Companies CS | A | Dividend | K | T | | | | | |
| 10. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 11. Glaxo Smithkline CS | A | Dividend | K | T | | | | | |
| 12. Merck & Co. Inc. CS | A | Dividend | K | T | | | | | |
| 13. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 14. Verizon Communications CS | B | Dividend | K | T | | | | | |
| 15. Quest Communications | A | Dividend | J | T | | | | | |
| 16. AT&T Corp. CS | A | Dividend | J | T | | | | | |
| 17. First Fin Fund, Inc. (Mutual Fund) | A | Dividend | M | T | | | | | |
| 18. Bell South Corp. CS | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Wachovia Corp. CS | A | Dividend | K | T | | | | | |
| 20. FBR Virginia Tax Free Bond Fund (See VIII) | A | Dividend | L | T | | | | | |
| 21. Wachovia Bank (checking account)(See VIII) | A | Interest | L | T | | | | | |
| 22. Vacation home (1/5 interest) | | None | M | Q | | | | | |
| 23. Gateway Inc. CS | A | Dividend | J | T | | | | | |
| 24. Abbott Laboratories CS | A | Dividend | L | T | | | | | |
| 25. Pfizer Inc. CS | A | Dividend | K | T | | | | | |
| 26. AT&T Wireless Services CS | | None | | | Sell | 10/04 | J | A | |
| 27. Comcast Corp. CS | | None | J | T | | | | | |
| 28. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 29. FBR Virginia Tax Free Bond Fund | B | Dividend | M | T | | | | | |
| 30. NY Life Continued Interest Account | A | Interest | | | Liquidate | 03/04 | M | | |
| 31. Suntrust Money Market | A | Interest | | | Liquidate | 12/04 | L | | |
| 32. Stamp collection | | None | L | W | | | | | |
| 33. Coin collection | | None | J | W | | | | | |
| 34. Wyeth Inc. CS | A | Dividend | J | T | | | | | |
| 35. MEDCO Health CS | A | Dividend | J | T | | | | | |
| 36. Archer Daniels Midland Co. CS | A | Dividend | J | T | Buy | 05/04 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Ann Taylor Stores Corp. CS | A | Dividend | | | Buy | 06/04 | J | | |
| 38. | | | | | Sell | 08/04 | J | | |
| 39. Black & Decker - CS | A | Dividend | J | T | Buy | 06/04 | J | | |
| 40. | | | | | Part sold | 11/04 | J | A | |
| 41. BP PLC CS | A | Dividend | J | T | Buy | 08/04 | J | | |
| 42. Berkshire Hathaway, Inc. CS | | None | J | T | Buy | 05/04 | J | | |
| 43. Burlington Resources, Inc. CS | A | Dividend | J | T | Buy | 06/04 | J | | |
| 44. Conagra Foods, Inc. CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 45. Danaher Corp. CS | A | Dividend | J | T | Buy | 06/04 | J | | |
| 46. Fluor Corp. CS | A | Dividend | J | T | Buy | 08/04 | J | | |
| 47. Gillette Co. CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 48. Harris Corp. CS | A | Dividend | J | T | Buy | 06/04 | J | | |
| 49. IShares MSCI Japan CS | A | Dividend | J | T | Buy | 06/04 | J | | |
| 50. New River Pharmaceuticals CS | | None | L | T | Buy | 08/04 | K | | |
| 51. Newmont Mining Corp. CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 52. Perot Systems Corp. CS | | None | J | T | Buy | 11/04 | J | | |
| 53. Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 54. Questar Corp. CS | A | Dividend | J | T | Buy | 06/04 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 5/4/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Sara Lee Corp. CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 56. Schlumberger LTD CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 57. Telecom Corp. LTD CS | A | Dividend | J | T | Buy | 05/04 | J | | |
| 58. NuSkin Enterprises CS | A | Dividend | | | Buy | 05/04 | J | | |
| 59. | | | | | Sold | 11/04 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CONRAD, GLEN E | 5/4/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Line #5 - Appraisal date - May 2004
Line #20 and #21 - ███████████ownership w/█████
Line #22 - Appraisal date - September 1999

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CONRAD, GLEN E | 5/4/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CONRAD, GLEN E | 5/4/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 5-4-05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544